UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTATINE TASAMBASIS,<br><br>             Plaintiff,<br><br>     vs.<br><br>HUNTINGTON BEACH POLICE DEPARTMENT, et al.,<br><br>             Defendants. | Case No. SACV 13-1518-ABC (RNB)<br><br>ORDER TO SHOW CAUSE |

      On October 21, 2013, the Court issued a Case Management and Scheduling Order herein, which <u>inter alia</u> required each party to serve and file a status report on or before February 21, 2014. The Court's Order specified the information that the status reports were to contain. Plaintiff has failed to file a status report as ordered.

      Accordingly, on or before **April 3, 2014**, plaintiff is ORDERED to show good cause, if any he has, why he failed to timely file a status report in accordance with the Court's Case Management and Scheduling Order, and why this action should not be dismissed for failure to comply with a Court order and/or failure to prosecute. Plaintiff shall attempt to show such good cause by filing a declaration under penalty of perjury, accompanied by a status report containing all of the information required by the Court's Case Management and Scheduling Order.

      The Court admonishes plaintiff that his failure to timely file a declaration

responsive to this Order to Show Cause accompanied by his status report will be deemed by the Court as another violation of a Court order and as further evidence of his lack of prosecution, and will result in a recommendation to the District Judge that the action be dismissed on those grounds.  See Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 1388, 8 L. Ed. 2d 734, reh'g denied, 371 U.S. 873, 83 S. Ct. 115, 9 L. Ed. 2d 112 (1962); Fed. R. Civ. P. 41(b).

DATED:  March 3, 2014

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE