O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-9-14

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

MAY - 9 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTATINE TASAMBASIS,<br><br>        Plaintiff,<br><br>vs.<br><br>HUNTINGTON BEACH POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Case No. SACV 13-1518-ABC (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: May 8, 2014

                                                                   AUDREY B. COLLINS<br>
                                                                   UNITED STATES DISTRICT JUDGE