JS-6
Entered

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSTATINE TASAMBASIS,<br><br>Plaintiff,<br><br>vs.<br><br>HUNTINGTON BEACH POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. SACV 13-1518-ABC (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: May 8, 2014

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE